SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff;<br><br>　　vs.<br><br>Stonegate Apartments, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-00837-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A). Each side shall bear their own costs and attorney's fees. The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

DATED: March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-00837-MCE-KJN- 1